| | |
|---|---|
| 1 | KROLOFF, BELCHER, SMART, PERRY & CHRISTOPHERSON |
| 2 | A Professional Law Corporation<br>Kerry L. Krueger, SBN 247496 |
| 3 | Jamie M. Bossuat, SBN 267458<br>7540 Shoreline Drive |
| 4 | Stockton, CA 95219<br>Phone: (209) 478-2000 |
| 5 | Facsimile: (209) 478-0354 |
| 6 | Attorneys for Plaintiff John Orr |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN ORR, an individual, | | CASE NO. 2:18-CV-00914-JAM-AC |
| | Plaintiff, | **JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | | Complaint Filed: March 15, 2018<br>Trial Date: October 21, 2019 |
| WAL-MART STORES, INC., a Delaware corporation;<br>WAL-MART ASSOCIATES, INC., a Delaware corporation; and<br>DOES 1-20, inclusive | | |
| | Defendants. | |

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal with Prejudice of this action, including all claims stated herein against all parties, with each party to bear its own attorney's fees and costs.

Dated: July 9, 2019

KROLOFF, BELCHER, SMART,
PERRY & CHRISTOPHERSON
A Professional Law Corporation


By: /s/ Jamie Bossuat
      JAMIE M. BOSSUAT
Attorneys for Plaintiff John Orr

| | | |
|---|---|---|
| 1 | Dated: July 9, 2019 | FORD & HARRISON LLP |
| 2 | | |
| 3 | | By: /s/ Stefan Black |
| | | Stefan H. Black |
| 4 | | Shanda Y. Lowe |
| | | Attorneys for Defendants WALMART INC. erroneously sued as WAL-MART STORES, INC. and WAL-MART ASSOCIATES, INC. |

## **ORDER**

The stipulation is approved. The entire action, including all claims stated herein against all parties, is hereby dismissed with prejudice.

Date: July 9, 2019          /s/ John A. Mendez
                                          UNITED STATES DISTRICT COURT JUDGE